**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7886**

---

JEFFREY EVANS LARK,

                                         Petitioner - Appellant,

     versus

GARY L. WINKLER, Warden, FPC Seymour Johnson
Camp,

                                         Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (CA-05-601-5-FL)

---

Submitted: May 16, 2006                    Decided: May 19, 2006

---

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Locke Turner Clifford, CLIFFORD, CLENDENIN, O'HALE & JONES, Greensboro, North Carolina, for Appellant.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Evans Lark, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lark v. Winkler, No. CA-05-601-5-FL (E.D.N.C. filed Oct. 12, 2005; entered Oct. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED